### CHASE v. FIRST NAT. BANK OF JAMESBURG.

(Circuit Court of Appeals, Third Circuit. January 14, 1913.)

No. 1,660.

In Error to the District Court of the United States for the Eastern District of Pennsylvania; Joseph Buffington, Judge.

Action at law by the First National Bank of Jamesburg against Howard A. Chase. Judgment for plaintiff, and defendant brings error. Affirmed.

John Lisle and Saml. Scoville, Jr., both of Philadelphia, Pa., for plaintiff in error.

F. B. Bracken, of Philadelphia, Pa., for defendant in error.

Before GRAY and McPHERSON, Circuit Judges, and RELLSTAB, District Judge.

J. B. McPHERSON, Circuit Judge. For reasons given in Chase v. Farmers' & Merchants' National Bank of Baltimore, 202 Fed. 904, this judgment is affirmed.